**Seyfarth**

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
**T** (212) 218-5500
**F** (212) 218-5526

jvento@seyfarth.com
T (212) 218-5548

www.seyfarth.com

July 1, 2026

**<u>VIA CM/ECF</u>**
Hon. Ann Marie Donio
United States Magistrate Judge
United States District Court – District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

   **Re:**  ***Johnson v. Hertz Local Edition Corp.***
      **<u>Civil Action No. 1:26-cv-03270-RMB-AMD</u>**

Dear Judge Donio:

   We represent Defendant Hertz Local Edition Corp. ("Defendant") in the above-referenced case. Defendant writes jointly with Plaintiff Corey Johnson to inform the Court that, pursuant to Local Civil Rule 41.1(b), the parties have reached a settlement in principle, subject to the entry of a long form settlement agreement.

   The parties will work to file all papers necessary to dismiss the case pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) within 60 days after the entry of the Court's administrative termination order.

   We thank the Court for its attention to this case.

      Respectfully submitted,

      SEYFARTH SHAW LLP

      *s/ Joseph M. Vento*
      Joseph M. Vento, Esq.

JV:dso
cc:  Counsel of Record (via CM/ECF)